SUE FAHAMI, NVSBN 5634
Acting United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Office 7
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSANNA NALBANDIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | Case No.: 2:24-cv-01946-BNW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant, Michelle King, Acting Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 12, filed on January 15, 2025), currently due on February 14, 2025, by 31 days, through and including March 17, 2025.  Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to March 31, 2025.

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  This is Defendant's first request for an extension of time to file a response. Good cause exists
2  for this extension. Counsel is currently in the process of determining whether a settlement agreement
3  is possible in this case. Additional time is required for Defendant's undersigned counsel and
4  specialized attorneys within the undersigned's office to consider this option. If the case cannot be
5  settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Brief by
6  the new due date of March 17, 2025. Counsel for Defendant advised counsel for Plaintiff of the need
7  for this extension on February 12, 2025. Counsel for Plaintiff confirmed that Plaintiff does not object
8  to this request.
9  It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's
10 Brief, through and including March 17, 2025. This request is made in good faith and with no intention
11 to unduly delay the proceedings.

Dated: February 12, 2025         Respectfully submitted,

                                 SUE FAHAMI
                                 Acting United States Attorney

                                 */s/ David Priddy*
                                 DAVID PRIDDY
                                 Special Assistant United States Attorney


                                 IT IS SO ORDERED:

                                 _____
                                 UNITED STATES MAGISTRATE JUDGE

                                 DATED: February 13, 2025

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, Maryland 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-8868
Email: marc.kalagian@rksslaw.com

Leonard Stone
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
702-385-2220
Fax: 702-384-0394
Email: lstone@shookandstone.com

Attorneys for Plaintiff

Dated: February 12, 2025

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

3