SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROSANNA NALBANDIAN,  )
        Plaintiff,  )
           v.  )
LELAND DUDEK,  )
Acting Commissioner of Social Security,[1]  )
        Defendant.  )
   )

Case No.: 2:24-cv-01946-BNW

**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF**

     IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

On remand, the Commissioner will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will further develop the record as necessary and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: March 14, 2025          Respectfully submitted,

                              LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                              /s/ Marc V. Kalagian
                              MARC V. KALAGIAN
                              (*as authorized via email on March 14, 2025)
                              Attorney for Plaintiff


Dated: March 14, 2025          Respectfully submitted,

                              SUE FAHAMI
                              Acting United States Attorney

                              /s/ David Priddy
                              DAVID PRIDDY
                              Special Assistant United States Attorney
                              Attorneys for Defendant


                              IT IS SO ORDERED:

                              _____
                              HON. BRENDA WEKSLER
                              UNITED STATES MAGISTRATE JUDGE


                              DATED: March 17, 2025

2

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 6401 Security Boulevard, Baltimore, Maryland 21235.  I am not a party to the above-entitled action.  On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Leonard Stone
Shook & Stone, Chtd.
710 S. Fourth Street
Las Vegas, NV 89101
702-385-2220
Email: lstone@shookandstone.com

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-8868
Email: marc.kalagian@rksslaw.com

Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 14, 2025

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

3