Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax:  (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorneys for Plaintiff
Rosanna Nalbandian

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSANNA NALBANDIAN,<br><br>    Plaintiff,<br><br>vs.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:24-cv-01946-BNW<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE BRENDA WEKSLER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Rosanna Nalbandian ("Nalbandian") be awarded attorney fees in the amount of THIRTY FOUR

-1-

1  HUNDRED dollars ($3,400.00) under the Equal Access to Justice Act (EAJA), 28
2  U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents
3  compensation for all legal services rendered on behalf of Plaintiff by counsel in
4  connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

5  After the Court issues an order for EAJA fees to Nalbandian, the
6  government will consider the matter of Nalbandian's assignment of EAJA fees to
7  Marc Kalagian.  The retainer agreement containing the assignment is attached as
8  exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to
9  honor the assignment will depend on whether the fees are subject to any offset
10 allowed under the United States Department of the Treasury's Offset Program.
11 After the order for EAJA fees is entered, the government will determine whether
12 they are subject to any offset.

13 Fees shall be made payable to Nalbandian, but if the Department of the
14 Treasury determines that Nalbandian does not owe a federal debt, then the
15 government shall cause the payment of fees, expenses and costs to be made
16 directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the
17 assignment executed by Nalbandian.[1]  Any payments made shall be delivered to
18 Law Offices of Lawrence D. Rohlfing, Inc., CPC. Counsel agrees that any payment
19 of costs may be made either by electronic fund transfer (ETF) or by check.

20 This stipulation constitutes a compromise settlement of Nalbandian's
21 request for EAJA attorney fees, and does not constitute an admission of liability on
22 the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount
23 shall constitute a complete release from, and bar to, any and all claims that

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

-2-

Nalbandian and/or Marc Kalagian including Law Offices of Lawrence D. Rohlfing, Inc., CPC, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Marc Kalagian and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC, to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: April 30, 2025   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*
BY:_____
Marc V. Kalagian
Attorney for plaintiff
ROSANNA NALBANDIAN

DATE: April 30, 2025   SIGAL CHATTAH
United States Attorney

/s/ *David Priddy*
_____
DAVID PRIDDY
Special Assistant United States Attorney
Attorneys for Defendant
LELAND DUDEK, Acting Commissioner of
Social Security (Per e-mail authorization)

**ORDER**

Approved and so ordered:

DATE:  May 2, 2025

_____
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

**DECLARATION OF MARC V. KALAGIAN**

I, Marc V. Kalagian, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court in this case. I represent Rosanna Nalbandian in this action. I make this declaration of my own knowledge and belief.

2. I attach as exhibit 1 a true and correct copy of the retainer agreement with Rosanna Nalbandian containing an assignment of the EAJA fees.

3. I attach as exhibit 2 a true and correct copy of the itemization of time in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this April 30, 2025, at Santa Fe Springs, California.

/s/ *Marc V. Kalagian*
_____
Marc V. Kalagian

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California 90670.

On this day of May 1, 2025, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ms. Rosanna Nalbandian
8425 Dunphy Ct
Las Vegas, NV 89145

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Marc V. Kalagian  /s/ *Marc V. Kalagian*
TYPE OR PRINT NAME           SIGNATURE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:24-CV-01946-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 1, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except the plaintiff served herewith by mail.

/s/ *Marc V. Kalagian*

_____

Marc V. Kalagian
Attorneys for Plaintiff